UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Atlas Lifting & Rigging, LLC,<br><br>                    Plaintiff,<br><br>    v.<br><br>Trevor Berner et al.,<br><br>                    Defendants. | No. 2:23-cv-00808-KJM-AC<br><br>ORDER |

      In this diversity action, plaintiff Atlas Lifting & Rigging, LLC ("Atlas") brings several state law claims against defendants Trevor Berner and Synergy Marketing & Sales, Inc. ("Synergy"). *See* Compl., ECF No. 1. Berner has appeared in this action and is proceeding pro se. *See* Answer, ECF No. 6. Synergy has not appeared.

      A corporation or other entity may not appear without an attorney. *D-Beam Ltd. P'ship v. Roller Derby Skates, Inc.*, 366 F.3d 972, 973–74 (9th Cir. 2004); *see* E.D. Cal. L.R. 183(a). However, a sole proprietorship may be represented in pro per by its owner. *Sharemaster v. U.S. Sec. & Exch. Comm'n*, 847 F.3d 1059, 1066 & n.4 (9th Cir. 2017).

      In this action, Synergy is identified as a corporation, "Synergy Marketing & Sales, Inc.," Compl. ¶ 3. Though Atlas alleges Synergy has been suspended since 2017, *id.* ¶ 3, Atlas also alleges Berner is doing business as "Synergy Marketing & Sales, LLC," *id.* ¶ 21, and also alleges,

inconsistently, that Synergy is a sole proprietorship with "Berner [] believed to be a sole proprietor doing business as Synergy," *id.* ¶ 10.

**Within 21 days**, the parties shall **meet and confer** and **file a joint statement** clarifying their respective positions or joint position regarding whether Synergy is a corporation or a sole proprietorship.  If Synergy is a sole proprietorship, the joint statement shall clarify whether Berner will be representing Synergy in pro per in his capacity as the sole proprietor.  If Synergy is a corporation, the joint statement shall propose a date by which Synergy must obtain counsel.  Failure to obtain counsel as a corporate entity may subject Synergy to the entry of default and default judgment against it.  *See Caveman Foods, LLC v. jAnn Payne's Caveman Foods, LLC*, No. 12-1112, 2015 WL 6736801, at *2 (E.D. Cal. Nov. 4, 2015).

IT IS SO ORDERED.

DATED:  August 30, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE