UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Atlas Lifting & Rigging, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>Trevor Berner, et al.,<br><br>    Defendants. | No. 2:23-cv-00808-KJM-AC<br><br>ORDER |

This matter is set for a Status (Pretrial Scheduling) Conference for April 25, 2024. In their joint status report, the parties have informed the court defendant Synergy Marketing & Sales, Inc. will not be appearing in this matter. JSR, ECF No. 17. Defendant Trevor Berner is proceeding pro se.

Having reviewed the Joint Status Report, the court directs plaintiff Atlas Lifting & Rigging, LLC to request an entry of default against defendant Synergy within fourteen (14) days and move for default judgment against defendant Synergy within twenty-one (21) days thereafter. Failure to move for default proceedings may result in the dismissal of Synergy from this case.

This matter is hereby referred to the assigned magistrate judge for all further proceedings. *See* Local Rule 302(c)(21). The Status (Pretrial Scheduling) Conference set for April 25, 2024, is hereby **vacated.**

/////

1

1    IT IS SO ORDERED.

2  DATED: April 22, 2024.

3

_____
CHIEF UNITED STATES DISTRICT JUDGE