UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATLAS LIFTING & RIGGING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TREVOR BERNER and SYNERGY MARKETING & SALES, INC.,<br><br>Defendants. | No.  2:23-cv-0808 KJM AC PS<br><br><br><br>ORDER |

Defendant Trevor Berner is appearing in this matter in pro se and defendant Synergy Marketing & Sales, Inc. has not appeared. ECF No. 18 at 1. On April 22, 2024, U.S. District Judge Kimberly J. Mueller directed plaintiff Atlas Lifting & Rigging, LLC to request an entry of default against defendant Synergy within fourteen (14) days and move for default judgment against defendant Synergy within twenty-one (21) days thereafter. Id. Judge Mueller noted that failure to move for default proceedings may result in the dismissal of Synergy from this case. Id. Judge Mueller referred the remainder of the case to the undersigned for further proceedings pursuant to Local Rule 302(c)(21). Id. The Clerk of Court entered default against Synergy Marking & Sales on May 7, 2024. It is now over one year later, and no party has taken any action since that time. It appears the parties have abandoned this case.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, in

1

writing, within 21 days, why its failure to move for entry of default judgment should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of a motion for default judgment within this timeframe will serve as cause and will discharge this order. If plaintiff fails to respond, the court will recommend dismissal of this case pursuant to Local Civil Rule 110.

    IT IS SO ORDERED.

DATED: May 12, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE