UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATLAS LIFTING & RIGGING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TREVOR BERNER and SYNERGY MARKETING AND SALES, INC.,<br><br>Defendants. | No. 2:23-cv-0808 KJM AC<br><br><br><br>ORDER |

    The matter was referred to a United States Magistrate Judge under Local Rule 302(c)(19).

    On July 18, 2025, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 24. Neither party has filed objections to the findings and recommendations.

    The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey,* 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 18, 2025, are adopted in full;

2. Plaintiff's June 3, 2025 motion for default judgment (ECF No. 22) is granted;

3. Judgment is entered against defendant Synergy in the amount of $706,243.25; and

4. The matter is referred back to the assigned Magistrate Judge for further proceedings in connection with the claims against pro se defendant Trevor Berner.

DATED:  August 29, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE