# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATLAS LIFTING &AMP; RIGGING, LLC , | JUDGMENT IN A CIVIL CASE |
| v. | CASE NO: **2:23−CV−00808−KJM−AC** |
| TREVOR BERNER , ET AL. , | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 09/02/25 .**

ENTERED:  **September 2, 2025**         /s/  **Keith Holland**
                                                                Clerk of Court