UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATLAS LIFTING & RIGGING, LLC, | No. 2:23-cv-0808 KJM AC PS |
| Plaintiff, | |
| v. | ORDER |
| TREVOR BERNER and SYNERGY MARKETING & SALES, INC., | |
| Defendants. | |

On September 2, 2025, default judgment was granted as to defendant Synergy Marketing & Sales, Inc. ECF No. 26. This case remains pending against pro se defendant Trevor Berner. On September 10, 2025, plaintiff was ordered to file a status report no later than September 24, 2025, indicating its intentions regarding the prosecution of this case against remaining defendant Travis Berner. ECF No. 27. Plaintiff did not file the required report.

It is ORDERED that plaintiff shall show cause, in writing, within 14 days, why the failure to file a report stating its intentions as to the prosecution of this case against Berner should not result in a recommendation that the case against Berner be dismissed for failure to prosecute. The filing of an appropriate report within this timeframe will serve as cause and will discharge this

////

////

1

order.  If plaintiff fails to respond, the court will recommend dismissal of the remainder of this case pursuant to Local Civil Rule 110.

IT IS SO ORDERED.

DATED: September 30, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE