UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATLAS LIFTING & RIGGING, LLC, | No. 2:23-cv-0808 KJM AC PS |
| Plaintiff, | |
| v. | ORDER |
| TREVOR BERNER and SYNERGY MARKETING & SALES, INC., | |
| Defendants. | |

On October 16, 2025, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 29. Plaintiff has not filed objections to the findings and recommendations.

Although it appears from the file that plaintiff's copy of the findings and recommendations was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Under to Local Rule 182(f), service of documents at the record address of the party is fully effective.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

1

1  . . . ."). Having reviewed the file, the court finds the findings and recommendations to be
2  supported by the record and by the proper analysis.
3        Accordingly, IT IS HEREBY ORDERED that:
4      1. The findings and recommendations filed October 16, 2025, are adopted in full; and
5      2. This action is dismissed as to the sole remaining defendant, Trevor Berner, without
6  prejudice, for lack of prosecution. *See* Fed. R. Civ. P. 41(b); Local Rule 110, and this case is
7  closed.
8  DATED: December 17, 2025.

_____
UNITED STATES DISTRICT JUDGE

2