# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ATLAS LIFTING &AMP; RIGGING, LLC ,** | **JUDGMENT IN A CIVIL CASE** |
| | CASE NO: **2:23−CV−00808−KJM−AC** |
| v. | |
| **TREVOR BERNER , ET AL. ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 12/18/25 .**

ENTERED:   **December 18, 2025**        /s/  **Keith Holland**
                                                                      Clerk of Court